UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 2:15-CR-116 |
| v. | ) | |
| | ) | JUDGES Greer |
| JEFFREY PAUL GINTHER | ) | |

## INFORMATION

The United States Attorney charges that at all times relevant to the information, the defendant JEFFREY PAUL GINTHER conducted a medical practice business as a sole proprietorship under the name DR. JEFFREY PAUL GINTHER, with its principal place of business in Bristol, Tennessee in the Eastern District of Tennessee.

The United States Attorney further charges:

### COUNT ONE

During the first calendar quarter of the year 2011, ending March 31, 2011, the defendant deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes in the sum of $3,807.18. On or about May 2, 2011, in the Eastern District of Tennessee, the defendant willfully failed to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld due and owing to the United States of America for the quarter ending March 31, 2011.

In violation of Title 26, United States Code, Section 7202.

### COUNT TWO

During the second calendar quarter of the year 2011, ending June 30, 2011, the defendant deducted and collected from the total taxable wages of his employees federal income taxes and

Federal Insurance Contributions Act taxes in the sum of $3,807.18. On or about August 1, 2011, in the Eastern District of Tennessee, the defendant willfully failed to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld due and owing to the United States of America for the quarter ending June 30, 2011.

In violation of Title 26, United States Code, Section 7202.

## COUNT THREE

During the third calendar quarter of the year 2011, ending September 30, 2011, the defendant deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes in the sum of $3,807.18. On or about October 31, 2011, in the Eastern District of Tennessee, the defendant willfully failed to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld due and owing to the United States of America for the quarter ending September 30, 2011.

In violation of Title 26, United States Code, Section 7202.

## COUNT FOUR

During the fourth calendar quarter of the year 2011, ending December 31, 2011, the defendant deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes in the sum of $3,807.18. On or about January 31, 2012, in the Eastern District of Tennessee, the defendant willfully failed to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld due and owing to the United States of America for the quarter ending December 31, 2011.

In violation of Title 26, United States Code, Section 7202.

## COUNT FIVE

During the first calendar quarter of the year 2012, ending March 31, 2012, the defendant deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes in the sum of $4,354.98. On or about April 30, 2012, in the Eastern District of Tennessee, the defendant willfully failed to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld due and owing to the United States of America for the quarter ending March 31, 2012.

In violation of Title 26, United States Code, Section 7202.

## COUNT SIX

During the second calendar quarter of the year 2012, ending June 30, 2012, the defendant deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes in the sum of $4,354.98. On or about July 31, 2012, in the Eastern District of Tennessee, the defendant willfully failed to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld due and owing to the United States of America for the quarter ending June 30, 2012.

In violation of Title 26, United States Code, Section 7202.

## COUNT SEVEN

During the third calendar quarter of the year 2012, ending September 30, 2012, the defendant deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes in the sum of $4,354.98. On or about

October 31, 2012, in the Eastern District of Tennessee, the defendant willfully failed to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld due and owing to the United States of America for the quarter ending September 30, 2012.

In violation of Title 26, United States Code, Section 7202.

## COUNT EIGHT

During the fourth calendar quarter of the year 2012, ending December 31, 2012, the defendant deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes in the sum of $4,354.98. On or about January 31, 2013, in the Eastern District of Tennessee, the defendant willfully failed to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld due and owing to the United States of America for the quarter ending December 31, 2012.

In violation of Title 26, United States Code, Section 7202.

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

By: *Helen Smith*

HELEN C.T. SMITH
Assistant United States Attorney