# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): Bristol, Sullivan County

Defendant Information:

Juvenile _____ Yes __x__ No          Matter to be Sealed: _____ Yes __x__ No

Defendant Name: Jeffrey Paul Ginther

Interpreter: No __x__   Yes _____   Language _____

Total # of Counts: _____ Petty _____ Misdemeanor (Class ____) __8__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Willful failure to account for and pay over withholding & F.I.C.A. taxes in violation of 26 USC 7202 | One through Eight |
| Set 2 | | |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No __x__   Yes _____   Case No. _____

Related Case(s):

Case Number        Defendant's attorney        How related

## Criminal Informations:
Pending criminal case:   No __x__   Yes _____   Case No. _____

New Separate Case _____        Supersedes Pending Case _____

Name of defendant's attorney: Douglas Payne

Retained: __x__        Appointed: _____

Date: 10/13/2015        Signature of AUSA: Helen Smith